IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**WILLIAM BROWN**                                                                                                    **PLAINTIFF**

**V.**                               **CASE NO. 4:18-CV-892-SWW-BD**

**RODNEY WRIGHT, et al.**                                                                              **DEFENDANTS**

**RECOMMENDED DISPOSITION**

**I.     Procedure for Filing Objections:**

This Recommended Disposition ("Recommendation") has been sent to Judge Susan Webber Wright. You may file written objections to this Recommendation. Objections should be specific and should include the factual or legal basis for the objection.

To be considered, objections must be received in the office of the Court Clerk within 14 days of this Recommendation. If no objections are filed, Judge Wright can adopt this Recommendation without independently reviewing the record. By not objecting, parties may waive the right to appeal questions of fact.

**II.    Discussion:**

Plaintiff William Brown, a detainee in the Saline County Detention Facility, filed this case without the help of a lawyer. (Docket entry #2) Mr. Brown did not include enough information in his complaint for the Court to determine whether he could state a federal claim for relief. (#2) It was not clear from his allegations how the Defendants violated his rights.

The Court ordered Mr. Brown to file an amended complaint within 30 days of December 3, 2018, to explain his claims. (#4) To date, he has failed to comply with the Court's December 3, 2018 Order, and the time for doing so has passed. In fact, Mr. Brown's last communication with the Court was November 29, 2018, the date that he filed his complaint and motion to proceed *in forma pauperis*. The Court specifically cautioned Mr. Brown that his claims could be dismissed if he failed to comply with the Court's Order to amend his complaint. (#4)

### III.   Conclusion:

The Court recommends that Mr. Brown's claims be DISMISSED, without prejudice, based on his failure to comply with the Court's December 3, 2018 Order.

DATED this 11th day of January, 2019.

_____
UNITED STATES MAGISTRATE JUDGE

2