# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

| | |
|---|---|
| WILLIAM BROWN<br>PLAINTIFF | |
| V. | CASE NO. 4:18CV00892 SWW |
| RODNEY WRIGHT, ET AL.<br>DEFENDANTS | |

## ORDER

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge Beth Deere. No objections have been filed. After careful consideration, the Court concludes that the Recommended Disposition should be, and it is hereby, approved and adopted in its entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that Plaintiff's complaint is DISMISSED WITHOUT PREJUDICE, based on his failure to comply with the Court's December 3, 2018 order.

IT IS SO ORDERED THIS 28TH DAY OF FEBRUARY, 2019.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE