# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

| | |
|---|---|
| WILLIAM BROWN <br>       PLAINTIFF <br><br> V. <br><br> RODNEY WRIGHT, ET AL. <br>       DEFENDANTS | CASE NO. 4:18CV00892 SWW |

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this action is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED THIS 28TH DAY OF FEBRUARY, 2019.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE